IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 20-1105 (MN) <br> (CONSOLIDATED) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE THAT Andrew M. Moshos of MORRIS, NICHOLS, ARSHT & TUNNELL, LLP hereby withdraws as counsel for Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe Ltd. in the above-captioned matter. Plaintiffs will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COVINGTON & BURLING LLP.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Andrew M. Moshos* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Andrew Moshos (#6685)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>amoshos@morrisnichols.com |
| Christopher Sipes<br>Jeffrey Elikan<br>Megan Keane<br>Jeremy Cobb<br>Douglas Behrens<br>Laura Dolbow<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001-4956<br>(202) 662-6000 | |
| | *Attorneys for Plaintiffs* |
| Mary Swears<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405<br>(212) 841-1219 | |
| September 24, 2021 | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | VIA ELECTRONIC MAIL |
| Sailesh K. Patel, Esquire<br>Kevin M. Nelson, Esquire<br>Joel M. Wallace, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL  60606<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | VIA ELECTRONIC MAIL |
| Arun J. Mohan, Esquire<br>SCHIFF HARDIN LLP<br>1185 Avenue of the Americas, Suite 3000<br>New York, NY  10036<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | VIA ELECTRONIC MAIL |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Amneal EU, Limited and*<br>*Amneal Pharmaceuticals of New York, LLC* | VIA ELECTRONIC MAIL |

George C. Lombardi, Esquire    *VIA ELECTRONIC MAIL*
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

Jovial Wong, Esquire    *VIA ELECTRONIC MAIL*
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

John C. Phillips, Jr., Esquire    *VIA ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806-4204
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Deepro Mukerjee, Esquire    *VIA ELECTRONIC MAIL*
Lance Soderstrom, Esquire
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Joseph M. Janusz, Esquire    *VIA ELECTRONIC MAIL*
Jitendra Malik, Ph.D.
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28208-4213
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Anne Shea Gaza, Esquire                                            *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

George C. Lombardi, Esquire                                        *VIA ELECTRONIC MAIL*
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

Jovial Wong, Esquire                                               *VIA ELECTRONIC MAIL*
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

R Touhey Myer, Esquire                                             *VIA ELECTRONIC MAIL*
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE  19801
*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*
*and Optimus Drugs Private Ltd.*

Michael P. Hogan, Esquire                                          *VIA ELECTRONIC MAIL*
OFFIT KURMAN, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA  19103
*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*
*and Optimus Drugs Private Ltd.*

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Bryce A. Cooper, Esquire<br>Alison M. King, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Jovial Wong, Esquire<br>Claire A. Fundakowski, Esquire<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)

4