IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 20-1105 (MN) ) (CONSOLIDATED) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Intercept's Opening Markman Brief* and (2) *Declaration of Allan S. Myerson, Ph.D.* were caused to be served on October 27, 2021, upon the following in the manner indicated:

Neal C. Belgam, Esquire                                                VIA ELECTRONIC MAIL
Eve H. Ormerod, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
*Attorneys for Defendants Apotex Inc.
and Apotex Corp.*

Sailesh K. Patel, Esquire                                              VIA ELECTRONIC MAIL
Kevin M. Nelson, Esquire
Joel M. Wallace, Esquire
Helen H. Ji, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
*Attorneys for Defendants Apotex Inc.
and Apotex Corp.*

Anne Shea Gaza, Esquire  VIA ELECTRONIC MAIL
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

George C. Lombardi, Esquire  VIA ELECTRONIC MAIL
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

Jovial Wong, Esquire  VIA ELECTRONIC MAIL
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

John C. Phillips, Jr., Esquire  VIA ELECTRONIC MAIL
Megan C. Haney, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806-4204
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Deepro Mukerjee, Esquire  VIA ELECTRONIC MAIL
Lance Soderstrom, Esquire
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

| | |
|---|---|
| Matthew M. Holub, Esquire<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL  60661<br>*Attorneys for Defendants Lupin Limited*<br>*and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph M. Janusz, Esquire<br>Jitendra Malik, Ph.D.<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28208-4213<br>*Attorneys for Defendants Lupin Limited*<br>*and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Bryce A. Cooper, Esquire<br>Alison M. King, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Jovial Wong, Esquire<br>Claire A. Fundakowski, Esquire<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| R Touhey Myer, Esquire<br>OFFIT KURMAN, P.A.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE  19801<br>*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*<br>*and Optimus Drugs Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Michael P. Hogan, Esquire<br>OFFIT KURMAN, P.A.<br>1801 Market Street, Suite 2300<br>Philadelphia, PA  19103<br>*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*<br>*and Optimus Drugs Private Ltd.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Bryce A. Cooper, Esquire<br>Alison M. King, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Jovial Wong, Esquire<br>Claire A. Fundakowski, Esquire<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| Christopher Sipes | 1201 North Market Street |
| Jeffrey Elikan | P.O. Box 1347 |
| Megan Keane | Wilmington, DE  19899 |
| Douglas Behrens | (302) 658-9200 |
| Laura Dolbow | jblumenfeld@morrisnichols.com |
| COVINGTON & BURLING LLP | jtigan@morrisnichols.com |
| One CityCenter | |
| 850 Tenth Street NW | *Attorneys for Plaintiffs* |
| Washington, DC  20001-4956 | |
| (202) 662-6000 | |
| | |
| Mary Swears | |
| COVINGTON & BURLING LLP | |
| The New York Times Building | |
| 620 Eighth Avenue | |
| New York, NY  10018-1405 | |
| (212) 841-1219 | |
| | |
| October 27, 2021 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 27, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Sailesh K. Patel, Esquire<br>Kevin M. Nelson, Esquire<br>Joel M. Wallace, Esquire<br>Helen H. Ji, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL  60606<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Amneal EU, Limited and*<br>*Amneal Pharmaceuticals of New York, LLC* | *VIA ELECTRONIC MAIL* |

George C. Lombardi, Esquire  *VIA ELECTRONIC MAIL*
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

Jovial Wong, Esquire  *VIA ELECTRONIC MAIL*
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

John C. Phillips, Jr., Esquire  *VIA ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806-4204
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Deepro Mukerjee, Esquire  *VIA ELECTRONIC MAIL*
Lance Soderstrom, Esquire
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Matthew M. Holub, Esquire  *VIA ELECTRONIC MAIL*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

| | |
|---|---|
| Joseph M. Janusz, Esquire<br>Jitendra Malik, Ph.D.<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC  28208-4213<br>*Attorneys for Defendants Lupin Limited*<br>*and Lupin Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Bryce A. Cooper, Esquire<br>Alison M. King, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Jovial Wong, Esquire<br>Claire A. Fundakowski, Esquire<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC  20036<br>*Attorneys for Defendants MSN Laboratories Private*<br>*Limited and MSN Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| R Touhey Myer, Esquire<br>OFFIT KURMAN, P.A.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE  19801<br>*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*<br>*and Optimus Drugs Private Ltd.* | *VIA ELECTRONIC MAIL* |

Michael P. Hogan, Esquire     VIA ELECTRONIC MAIL
OFFIT KURMAN, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA  19103
*Attorneys for Defendants Optimus Pharma Pvt. Ltd.
and Optimus Drugs Private Ltd.*

Anne Shea Gaza, Esquire     VIA ELECTRONIC MAIL
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Dr. Reddy's Laboratories,
Inc. and Dr. Reddy's Laboratories, Ltd.*

George C. Lombardi, Esquire     VIA ELECTRONIC MAIL
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Dr. Reddy's Laboratories,
Inc. and Dr. Reddy's Laboratories, Ltd.*

Jovial Wong, Esquire     VIA ELECTRONIC MAIL
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Dr. Reddy's Laboratories,
Inc. and Dr. Reddy's Laboratories, Ltd.*

    */s/ Jeremy A. Tigan*

    Jeremy A. Tigan (#5239)