IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 20-1105 (MN) (CONSOLIDATED) |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe Ltd. hereby lodge with the Court an electronic copy of Intercept's Technology Tutorial.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

Christopher Sipes
Jeffrey Elikan
Megan Keane
Douglas Behrens
Laura Dolbow
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Mary Swears
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
(212) 841-1219

February 3, 2022

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 3, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Sailesh K. Patel, Esquire<br>Kevin M. Nelson, Esquire<br>Joel M. Wallace, Esquire<br>Helen H. Ji, Esquire<br>Matthew T. Wilkerson, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL  60606<br>*Attorneys for Defendants Apotex Inc.*<br>*and Apotex Corp.* | *VIA ELECTRONIC MAIL* |
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Amneal EU, Limited and*<br>*Amneal Pharmaceuticals of New York, LLC* | *VIA ELECTRONIC MAIL* |

George C. Lombardi, Esquire  VIA ELECTRONIC MAIL
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

Jovial Wong, Esquire  VIA ELECTRONIC MAIL
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Amneal EU, Limited and*
*Amneal Pharmaceuticals of New York, LLC*

John C. Phillips, Jr., Esquire  VIA ELECTRONIC MAIL
Megan C. Haney, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806-4204
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Deepro Mukerjee, Esquire  VIA ELECTRONIC MAIL
Lance Soderstrom, Esquire
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY  10022
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Matthew M. Holub, Esquire  VIA ELECTRONIC MAIL
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Joseph M. Janusz, Esquire                                  VIA ELECTRONIC MAIL
Jitendra Malik, Ph.D.
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street, Suite 2900
Charlotte, NC  28208-4213
*Attorneys for Defendants Lupin Limited*
*and Lupin Pharmaceuticals, Inc.*

Anne Shea Gaza, Esquire                                    VIA ELECTRONIC MAIL
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

George C. Lombardi, Esquire                                VIA ELECTRONIC MAIL
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

Jovial Wong, Esquire                                       VIA ELECTRONIC MAIL
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants MSN Laboratories Private*
*Limited and MSN Pharmaceuticals Inc.*

R Touhey Myer, Esquire                                     VIA ELECTRONIC MAIL
KRATZ & BARRY LLP
800 N. West Street
Wilmington, DE  19801
*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*
*and Optimus Drugs Private Ltd.*

Michael P. Hogan, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
OFFIT KURMAN, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA  19103
*Attorneys for Defendants Optimus Pharma Pvt. Ltd.*
*and Optimus Drugs Private Ltd.*

Anne Shea Gaza, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories, Ltd.*

George C. Lombardi, Esquire　　　　　　　　　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Maureen L. Rurka, Esquire
Bryce A. Cooper, Esquire
Alison M. King, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
*Attorneys for Defendants Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories, Ltd.*

Jovial Wong, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIA ELECTRONIC MAIL
Claire A. Fundakowski, Esquire
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
*Attorneys for Defendants Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories, Ltd.*

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Tigan*

　　　　　　　　　　　　　　　　　　　　　　　　Jeremy A. Tigan (#5239)

4