IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERCEPT PHARMACEUTICALS, INC.<br>and INTERCEPT PHARMA EUROPE LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 20-1105 (MN)<br>(CONSOLIDATED) |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

**FIRST AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's February 4, 2022 Oral Order (D.I. 122) and the parties' February 18, 2022 Joint Letter (D.I. 131), Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe Limited (collectively "Intercept" or "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"); Amneal EU, Limited and Amneal Pharmaceuticals New York, LLC (collectively "Amneal"); Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively "Lupin"); MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. (collectively "MSN"); Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively "DRL"); and Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd. (collectively "Optimus") (all collectively, "Defendants") hereby file this First Amended Joint Claim Construction Chart. In particular, the parties are pleased to report that they reached agreement on the "crude OCA" term, leaving only four terms remaining in dispute.

The chart addresses the claim construction positions of the parties regarding U.S. Patent No. 9,238,673 ("the '673 Patent"), U.S. Patent No. 10,047,117 ("the '117 Patent"), U.S. Patent No. 10,174,073 ("the '073 Patent"), U.S. Patent No. 10,052,337 ("the '337 Patent"), U.S. Patent

No. 10,751,349 ("the '349 Patent"), and U.S. Patent No. 10,758,549 ("the '549 Patent") (collectively, the "Patents-in-Suit").[1]

The agreed-upon constructions are set forth below, and the disputed terms, along with the parties' proposed constructions and citations to the intrinsic evidence in support of their respective constructions, are attached as Appendix A.

| Claim Term | Joint Proposed Construction |
|---|---|
| "pharmaceutical composition"[2]<br><br>'673 Patent<br>(claims 1–23)<br><br>'073 Patent<br>(claims 1–2, 6–27, 36–37, 39–42, 44–61) | "formulation containing obeticholic acid in a form suitable for administration to a subject" |
| "pharmaceutical formulation"<br><br>'117 Patent<br>(claim 1) | "formulation containing obeticholic acid in a form suitable for administration to a subject" |
| "cholestatic liver disease"<br><br>'117 Patent<br>(claims 2 and 3) | "disease or condition in which bile excretion from the liver is impaired or blocked" |
| "chronic liver disease"<br><br>'117 Patent<br>(claims 2 and 4) | "disorder of the liver that persists over time" |
| "primary biliary cirrhosis"<br><br>'117 Patent<br>(claims 2 and 6) | "also known as primary biliary cholangitis" |
| "jet-milling" / "jet-milled" | Jet-milling ('337 Patent): "milling that jets compressed gas and raw material particles |

---

[1] U.S. Patent No. RE48,286 ("the RE286 Patent") is also an asserted patent in this case. It is not included in the joint claim construction chart because no terms in the RE286 Patent are in dispute. Each of the Patents-in-Suit are not asserted against every Defendant.

[2] The parties do not dispute that the preamble is limiting.

| | |
|---|---|
| '337 Patent<br>(claims 13 and 14) | from a nozzle into a chamber to reduce particle size through collisions" |
| '349 Patent<br>(claims 1 and 19) | Jet-milled ('337 Patent): "reduced in size using jet-milling" |
| '549 Patent<br>(claims 12 and 23) | Jet-milled particles ('349 and '549 Patents): "particles that have been reduced in size using jet-milling" |
| "crude OCA"<br><br>'073 Patent<br>(claims 1, 27, 30, 33, 36, and 41) | "the chemical compound obeticholic acid as the free acid that needs additional purification to be pharmaceutically acceptable" |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com


*Attorneys for Plaintiffs*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Eve H. Ormerod*

_____
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Samantha G. Wilson

---

Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants Amneal EU, Limited,
Amneal Pharmaceuticals of New York, LLC,
MSN Laboratories Private Limited, MSN
Pharmaceuticals Inc., Dr. Reddy's Laboratories,
Inc., and Dr. Reddy's Laboratories, Ltd.*

KRATZ & BARRY LLP

/s/ R Touhey Myer

---

R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE  19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants Optimus Pharma Pvt.
Ltd. and Optimus Drugs Private Ltd.*

February 28, 2022

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney

---

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited
and Lupin Pharmaceuticals, Inc.*

**Appendix A: Terms Needing Construction and Proposed Constructions**

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "obeticholic acid Form 1" / "obeticholic acid is Form 1"<br><br>'673 Patent (claims 1–23)<br><br>'117 Patent (claim 8) | "non-crystalline obeticholic acid" | '673 Patent, claims 1–23; Figs. 10, 11, 23A–23F, 26, 32, 33, 37, 38, and 40; 1:11–15; 3:29–36; 6:7–31; 31:1–2; 31:8–9; 31:15–16; 31:20–21; 31:49–52; 34:10–11; 37:48–50; 40:49–52; 40:55–57; 62:3–5; 62:10–65; 63:15–20; 63:58–60; 66:26–30; 67:13–15; 68:61–63; 69:7–16; 71:39–41; 71:53–59; 72:24–26; 72:43–44; 73:50–52; 73:61–62; 74:13–15<br><br>'117 Patent, claims 8 and 13, and the respective passages and Figures from the specification of the '673 Patent cited above<br><br>'673 Prosecution History, including, but not limited to: | **Apotex's Proposed Construction:**<br><br>non-crystalline obeticholic acid made using a process in which crystalline obeticholic acid is produced as a synthetic intermediate in the penultimate step of synthesis<br><br>**Other Defendants' Proposed Construction:**<br><br>No construction necessary | The '673 patent claims, specification, and file history, including:<br><br>• 1:41–2:50<br>• 6:35–8:67<br>• 9:60–12:64<br>• 19:51–20:27<br>• 20:51–64<br>• 24:5–28:48<br>• 28:49–29:35<br>• 40:49–52<br>• 54:35–47<br>• 1/8/15 Non-Final Office Action<br>• 6/8/15 Response to Non-Final Office Action<br><br>The '117 patent claims, specification, and file history, including:<br>• 1:43–2:55<br>• 6:39–8:67<br>• 9:61–12:64<br>• 20:4–20:47 |

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | <ul><li>January 8, 2015 Non-Final Office Action</li><li>Applicant Arguments/Remarks Made in Amendment (June 8, 2015)</li><li>Declaration of Dr. Melissa Rewolinski (June 8, 2015)</li><li>Notice of Allowance (Nov. 24, 2015)</li></ul>EP2861613A1 Prosecution History,[3] including, but not limited to:<ul><li>Claims, Fourth Auxiliary Request (Nov. 17, 2017)</li><li>Claims, Fifth Auxiliary Request (Nov. 17, 2017)</li></ul> | | <ul><li>21:5–22:8</li><li>24:5–28:52</li><li>28:54–29:45</li><li>41:6–9</li><li>55:37–51</li></ul>EP2861613A1, 11/17/17 Submission |

_____

[3] Plaintiffs do not agree that foreign prosecution proceedings constitute intrinsic evidence.  However, out of an abundance of caution, Plaintiffs have included this as rebuttal evidence.

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 2 | "substantially pure solid form of obeticholic acid"<br><br>'117 Patent (claim 1) | "obeticholic acid that has a potency of greater than about 95%, taking into account impurities, including solvents and water" | '117 Patent, claims 1–13; Table B, 1:14–34; 6:10–38; 31:40–34:31; 40:40–60; 64:20–70:41<br><br>'673 Patent, and the respective passages and Figures from the specification of the '117 Patent cited above<br><br>'673 Prosecution History, including, but not limited to:<br>• Applicant Arguments/Remarks Made in Amendment (June 8, 2015)<br>• Declaration of Dr. Melissa Rewolinski (June 8, 2015)<br>• Notice of Allowance (Nov. 24, 2015) | **Apotex's Proposed Construction:**<br><br>non-crystalline obeticholic acid made using a process in which crystalline obeticholic acid is produced as a synthetic intermediate in the penultimate step of synthesis<br><br>**Other Defendants' Proposed Construction:**<br><br>No construction necessary | The '673 patent claims, specification, and file history, including:<br><br>• 1:41–2:50<br>• 6:35–8:67<br>• 9:60–12:64<br>• 19:51–20:27<br>• 20:51–64<br>• 24:5–28:48<br>• 28:49–29:35<br>• 40:49–52<br>• 54:35–47<br>• 1/8/15 Non-Final Office Action<br>• 6/8/15 Response to Non-Final Office Action<br><br>The '117 patent claims, specification, and file history, including:<br><br>• 1:43–2:55<br>• 6:39–8:67<br>• 9:61–12:64 |

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | EP2861613A1 Prosecution History,[4] including, but not limited to:<br>• Claims, Fourth Auxiliary Request (Nov. 17, 2017)<br>• Claims, Fifth Auxiliary Request (Nov. 17, 2017) | | • 20:4–20:47<br>• 21:5–22:8<br>• 24:5–28:52<br>• 28:54–29:45<br>• 41:6–9<br>• 55:37–51<br><br>EP2861613A1, 11/17/17 Submission |
| 3 | "particles"<br><br>'337 Patent (claims 1–8, 13, and 15)<br><br>'349 Patent (claims 1 and 19)<br><br>'549 Patent (claims 12 and 23) | No construction necessary | '337 Patent, claims 1–11, 13–19; Figs. 3 and 4; 1:63–2:58; 3:4–42; 14:32–16:65; 18:46–20:29; 23:7–16; 23:27–33; 24:58–59; 25:52–27:6; 27:54–28:4; 38:66–39:42; 39:47–54; 40:35–47; 47:5–19; 58:61–63; 82:8–84:61; 86:23–87:2; 87:9–12; 89:48–91:60<br><br>'349 Patent, claims 1–22, and the respective passages and Figures | **Apotex's Proposed Construction:**<br><br>obeticholic acid that has been subjected to jet milling<br><br>**Other Defendants' Proposed Construction:**<br><br>No construction necessary | The '337 patent claims, specification, and file history, including:<br>• 3:37–42<br>• 15:63–16:20<br>• 25:59–27:6<br>• 82:6–84:62 (Example 1)<br>• 90:54–92:20<br>• 7/7/17 Amendment & Response to Restriction Requirement |

---

[4] Plaintiffs do not agree that foreign prosecution proceedings constitute intrinsic evidence. However, out of an abundance of caution, Plaintiffs have included this as rebuttal evidence.

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | from the specification of the '337 Patent cited above<br><br>'549 Patent, claims 1–33, and the respective passages and Figures from the specification of the '337 Patent cited above | | • 4/10/18 Notice of Allowability |
| 4 | "intra-granular portion comprising obeticholic acid" / "intra-granular portion comprises said obeticholic acid" / "intra-granular portion comprises obeticholic acid"<br><br>'337 Patent (claim 11)<br><br>'349 Patent (claim 4)<br><br>'549 Patent (claims 1, 3, and 23–24) | No construction necessary | '337 Patent, claims 1–19; Figs. 3 and 4; 1:63–2:58; 3:4–58; 14:32–16:65; 18:46–20:29; 23:7–16; 23:27–33; 24:58–59; 25:52–27:6; 27:54–28:4; 38:66–39:42; 39:47–54; 40:35–47; 42:12–47; 45:21–46:21; 47:5–56; 58:61–63; 82:8–84:61; 85:24–87:37; 89:48–91:60<br><br>'349 Patent, claims 1–22, and the respective passages and Figures from the specification of the '337 Patent cited above | **Apotex's Proposed Construction:**<br><br>intra-granular portion comprising obeticholic acid that has been subjected to jet milling<br><br>**Other Defendants' Proposed Construction:**<br><br>No construction necessary | The '337 patent claims, specification, and file history, including:<br>• 3:37–42<br>• 15:63–16:20<br>• 25:59–27:6<br>• 82:6-84:62 (Example 1)<br>• 90:54–92:20<br>• 7/7/17 Amendment & Response to Restriction Requirement<br>• 4/10/18 Notice of Allowability |

| No. | Term Identified for Construction | Plaintiffs' Proposed Construction | Plaintiffs' Intrinsic Evidence | Defendants' Proposed Construction(s) | Defendants' Intrinsic Evidence |
|-----|----------------------------------|-----------------------------------|--------------------------------|--------------------------------------|-------------------------------|
|     |                                  |                                   | '549 Patent, claims 1–33, and the respective passages and Figures from the specification of the '337 Patent cited above |                                      |                               |