IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-1105 (MN) |
| v. | ) ) | (CONSOLIDATED) |
| APOTEX INC. and APOTEX CORP., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the parties are in the process of completing document production, fact depositions, and final contentions, but have determined that more time is needed to fully complete fact discovery; and

WHEREAS, the parties have agreed, subject to the approval of the Court, to extend certain deadlines without impacting the deadlines by which the Court will have any motions in limine and *Daubert* motions fully briefed (including by foregoing reply *Daubert* briefs), and without adjustment to the deadline for submission of the pretrial order or the dates for the pretrial conference or trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the following deadlines in the Scheduling Order (D.I. 26, as amended) are extended as set forth in the table below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs serve final infringement contentions, including final identification of accused products, and Defendants serve final invalidity contentions, including final identification of invalidity references | 6/9/2022 | 7/7/2022 |
| Close of fact discovery | 6/30/2022 | 7/28/2022 |
| Opening expert reports on issues for which the parties bear the burden of proof | 8/9/2022 | 8/29/2022 |
| Responsive expert reports | 9/19/2022 | 10/10/2022 |
| Reply expert reports | 10/19/2022 | 11/7/2022 |
| Close of expert discovery | 11/18/2022 | 12/7/2022 |
| ~~Filing of *Daubert* motions and~~** Service of *in limine* motions | 11/29/2022 | 12/15/2022 |
| ~~Filing of *Daubert* oppositions and~~ Service of *in limine* oppositions | 12/15/2022 | 12/23/2022 |
| ~~Filing of *Daubert* replies~~ | ~~12/23/2022~~ | ~~No *Daubert* replies shall be filed~~ |
| Service of *in limine* replies (filed with joint proposed pretrial order on 1/10/2023 (unchanged)) | Served – 12/23/2022<br>Filed – 1/10/2023 | Served – 1/6/2023<br>Filed – unchanged |
| Joint proposed pretrial order | 1/10/2023 | Unchanged |
| Pretrial conference | 2/14/2023 at 4:30 pm | Unchanged |
| Trial (5-day Bench) | 2/27/2023 | Unchanged |



Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

**\*\* The Court will not accept Daubert motions without prior leave. The parties must submit letter briefs seeking permission to file such motion(s). Opening letter briefs shall be no longer than five (5) pages and shall be filed with the Court no earlier than 12/15/2022. Answering letter briefs shall be no longer than five (5) pages and shall be filed with the Court on or before 12/22/2022. No replies shall be filed. Unless the Court grants leave for additional letters to be filed, each side shall present all grounds on which it seeks permission to file Daubert motion(s) in its single opening letter brief.**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| KRATZ & BARRY LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *R. Touhey Myer* | /s/ *Samantha G. Wilson* |
| R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com | Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| *Attorneys for Defendants Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd.* | *Attorneys for Defendants Amneal EU, Limited, Amneal Pharmaceuticals of New York, LLC, MSN Laboratories Private Limited, MSN Pharmaceuticals Inc., Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ *John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited
and Lupin Pharmaceuticals, Inc.*

June 9, 2022

SO ORDERED this 10th day of June 2022.

_____
The Honorable Maryellen Noreika
United States District Judge

4