IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No. 20-1105-MN-JLH <br> (CONSOLIDATED) |

**MOTION FOR TELECONFERENCE TO RESOLVE DEFENDANTS'
MOTION FOR LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS**

Defendants respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the following matter:

- Defendants seek leave to amend their respective answers and counterclaims to assert claims of inequitable conduct.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: August 10, 2022.

Delaware Counsel:   Jeremy A. Tigan
Neal C. Belgam
R. Touhey Myer
Samantha G. Wilson
Megan C. Haney

Lead Counsel:   Douglas Behrens
Megan Keane
Helen H. Ji
Alison M. King
Claire A. Fundakowski
Matthew Holub

The parties are available for a teleconference on the following dates:

- Thursday, August 25, 2022;

29660333.1

- Wednesday, August 31, 2022; and
- Friday, September 2, 2022.

Plaintiffs separately request that their letter brief be due at least three days after Defendants' opening letter brief is filed with the Court. Defendants do not agree to an extended briefing schedule for Plaintiffs' responsive letter brief.

Dated: August 16, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

29660333.1

<table>
<tr><td>

KRATZ & BARRY LLP

/s/  *Touhey Myer*

R. Touhey Myer (#5939)
800 N. West Street
Wilmington, DE  19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendants
Optimus Pharma Pvt. Ltd.
and Optimus Drugs Private Ltd.*

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  *Anne Shea Gaza*

Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants Amneal EU,
Limited, Amneal Pharmaceuticals of New
York, LLC, MSN Laboratories Private
Limited, MSN Pharmaceuticals Inc., Dr.
Reddy's Laboratories, Inc. and Dr. Reddy's
Laboratories, Ltd.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/  *John C. Phillips*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE  19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited
and Lupin Pharmaceuticals, Inc.*

</td></tr>
</table>