# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., et al., <br><br> Defendants. | C.A. No. 20-1105-MN-JLH <br> (CONSOLIDATED) |

## [PROPOSED] ORDER

This ____ day of _____, 2022, the Court having considered Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"); Amneal EU, Limited and Amneal Pharmaceuticals New York, LLC (collectively, "Amneal"); Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"); MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. (collectively, "MSN"); and Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd. (collectively, "Optimus") (all collectively, "Defendants")'s Motion for Leave to Amend their Answers and Counterclaims (the "Motion");

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Apotex, Amneal, Lupin, MSN, and Optimus each shall file their respective First Amended Answer and Counterclaims, in substantially the form attached as Exhibits A1-A5 to Defendants' letter in support of the Motion, with Exhibits 1-55 enclosed thereto also appended, within three (3) days of the date of this Order.

   
_____  
Hon. Jennifer L. Hall  
United States Magistrate Judge