# EXHIBITS 41 – 45 REDACTED IN THEIR ENTIRETY