# EXHIBITS 46 - 50 REDACTED IN THEIR ENTIRETY