IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1105 (MN) <br> (CONSOLIDATED) |

**CONSENT JUDGMENT**

Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD. (hereinafter collectively "Intercept"), and Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd. (hereinafter collectively "Optimus"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 17th day of January 2023: ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Optimus Products" shall mean the 5 mg and 10 mg obeticholic acid drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214935 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by,

or is under common control with such Party.  For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity; and (iii) "Licensed Patents" shall mean United States Patent Numbers RE48,286; 9,238,673; 10,047,117; 10,052,337; 10,174,073; 10,751,349; and 10,758,549.

       3.       The Licensed Patents are valid and enforceable.

       4.       The Optimus Products infringe the Licensed Patents.

       5.       Except as specifically authorized pursuant to the Settlement Agreement, Optimus, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Optimus Products.

       6.       Compliance with this Consent Judgment may be enforced by Intercept and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

       7.       This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

       8.       All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KRATZ & BARRY LLP |
| */s/ Jeremy A. Tigan* | */s/ R Touhey Myer* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE  19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com |
| OF COUNSEL:<br><br>Christopher Sipes<br>Jeffrey Elikan<br>Megan Keane<br>Eric R. Sonnenschein<br>Priscilla Dodson<br>Douglas A. Behrens<br>Alexander R. Trzeciak<br>Daniel J. Farnoly<br>Laura M. Martin<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001-4956<br>(202) 662-6000<br><br>*Attorneys for Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD.* | OF COUNSEL:<br><br>Michael P. Hogan<br>KRATZ & BARRY LLP<br>325 Chestnut Street, Suite 876, #259<br>Philadelphia, PA  19106<br>(917) 216-8585<br>mhogan@kratzandbarry.com<br><br>*Attorneys for Defendants Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd.* |

January 17, 2023