IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 20-1105 (MN) <br> (CONSOLIDATED) |

**STIPULATION AND ORDER REGARDING INFRINGEMENT**

Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe Limited (collectively "Intercept" or "Plaintiffs") and Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. (collectively, "MSN") hereby stipulate and agree as follows:

WHEREAS, MSN has filed Abbreviated New Drug Application ("ANDA") No. 215017 (the "MSN ANDA") with the United States Food and Drug Administration ("FDA") seeking approval to market a generic obeticholic acid product (5 and 10 mg) ("MSN's ANDA Product") prior to the expiration of United States Patent Nos. RE48286 ("the RE286 Patent"); 9,238,673 ("the '673 Patent"); 10,047,117 ("the '117 Patent"); 10,052,337 ("the '337 Patent"); 10,174,073 ("the '073 Patent"); 10,758,549 ("the '549 Patent"); and 10,751,349 ("the '349 Patent");

WHEREAS, on September 10, 2020 and December 30, 2020, Plaintiffs filed suit against MSN alleging that submission of the MSN ANDA, and/or the sale, offer for sale, distribution, importation, and use of MSN's ANDA Product constitute and/or induce and contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), (f), (g) and/or (e)(2) of the RE286 Patent, the '673 Patent, the '117 Patent, the '337 Patent, the '073 Patent, and the '549 Patent;

WHEREAS, Plaintiffs' Complaint and First Amended Complaint did not allege that submission of the MSN ANDA, and/or the sale, offer for sale, distribution, importation, and use of MSN's ANDA Product constitute and/or induce and contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), (f), (g), and/or (e)(2) of the '349 Patent;

WHEREAS, on November 12, 2020, January 13, 2021, and September 2, 2022, MSN filed its Counterclaims against Plaintiffs, alleging noninfringement, invalidity, and/or unenforceability of the RE286 Patent, the '673 Patent, the '117 Patent, the '337 Patent, the '073 Patent, the '549 Patent, and the '349 Patent;

WHEREAS Plaintiffs assert that MSN infringed and will infringe claim 12 of the RE286 Patent; claims 8 and 18 of the '673 Patent; claims 5, 8, and 18 of the '337 Patent; and claim 9 of the '117 Patent (all collectively, the "Stipulated Infringement Claims"); and

WHEREAS the parties seek to conserve their own and the Court's resources by narrowing the issues for trial in this case;

NOW, THEREFORE, subject to the conditions and representations herein, the parties, their successors, and assigns HEREBY STIPULATE and will not contest before this Court or on appeal, as follows:

1. MSN's submission of the MSN ANDA constitutes infringement of the Stipulated Infringement Claims pursuant to 35 U.S.C. § 271(e)(2)(A).

2. The commercial sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States by MSN of MSN's ANDA Product or any product covered by the MSN ANDA in the United States prior to the expiration of the RE286 Patent, the '673 Patent, the '117 Patent, and the '337 Patent would constitute an act of infringement

of the Stipulated Infringement Claims under one or more of 35 U.S.C. §§ 271(a), (b), (c) and/or (g).

       3.     MSN's stipulation of infringement herein of the Stipulated Infringement Claims is not contingent on the Court's construction of any of the terms contained in those claims.

       4.     Except as listed above, Plaintiffs and MSN do not otherwise stipulate to any additional facts or allegations at this time, including regarding the validity or invalidity or enforceability or unenforceability of any patent claim in this action. Plaintiffs and MSN also do not otherwise stipulate to any additional facts or allegations regarding the infringement or noninfringement of any other patent claim in this action.

       5.     By entering into this Stipulation, MSN does not waive any invalidity or unenforceability defenses for the Stipulated Infringement Claims.

       6.     Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all claims, counterclaims, and defenses as between Plaintiffs and MSN concerning the '073 Patent and the '549 Patent and the MSN ANDA are dismissed with prejudice, but are dismissed without prejudice to Plaintiffs' ability to (a) assert the '073 Patent and the '549 Patent with respect to any ANDA other than the MSN ANDA or any obeticholic acid product other than MSN's ANDA Product or (b) reassert the '073 Patent and the '549 Patent if MSN makes a change to MSN's ANDA Product and that change either requires a new or supplemental bioequivalence study or alters the infringement analysis with respect to any claim of the '073 Patent or the '549 Patent.

       7.     Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all counterclaims and defenses between Plaintiffs and MSN concerning the '349 Patent are dismissed without prejudice.

8. Each party shall bear its own costs and attorney fees with respect to the '073 Patent, the '549 Patent, and the '349 Patent.

9. This stipulation does not relate to, dismiss, or in any way affect any claims, counterclaims, or defenses asserted against any other defendant in the above-captioned consolidated case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Jeremy A. Tigan | /s/ Samantha G. Wilson |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>ccucuzzella@morrisnichols.com | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| OF COUNSEL:<br><br>Christopher Sipes<br>Jeffrey Elikan<br>Megan Keane<br>Eric R. Sonnenschein<br>Priscilla Dodson<br>Douglas A. Behrens<br>Alexander R. Trzeciak<br>Daniel J. Farnoly<br>Laura M. Martin<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br>csipes@cov.com<br>jelikan@cov.com<br>mkeane@cov.com | OF COUNSEL:<br><br>George C. Lombardi<br>Maureen L. Rurka<br>Bryce A. Cooper<br>Alison M. King<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>glombard@winston.com<br>mrurka@winston.com<br>bcooper@winston.com<br>amking@winston.com<br><br>Jovial Wong<br>Claire A. Fundakowski<br>WINSTON & STRAWN LLP<br>1901 L Street, N.W.<br>Washington, D.C. 20036<br>(202) 282-5000 |

-5-

| | |
|---|---|
| esonnenschein@cov.com<br>pdodson@cov.com<br>dbehrens@cov.com<br>atrzeciak@cov.com<br>dfarnoly@cov.com<br>lmmartin@cov.com | jwong@winston.com<br>cfundakowski@winston.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs MSN Laboratories Private Limited and MSN Pharmaceuticals Inc.* |

Mary Swears
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1219
mswears@cov.com

*Attorneys for Plaintiffs*

February 17, 2023

SO ORDERED this 21st day of February 2023.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge