IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC.<br>and INTERCEPT PHARMA EUROPE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and<br>LUPIN PHARMACEUTICALS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 20-1105 (MN)<br>   (CONSOLIDATED) |

## CONSENT JUDGMENT

Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD. (hereinafter collectively "Intercept"), and Lupin Limited and Lupin Pharmaceuticals, Inc. (hereinafter collectively "Lupin"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this ___ day of _____, 2023:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Lupin Products" shall mean the obeticholic acid drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214980 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or

indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party. For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Except as specifically authorized pursuant to the Settlement Agreement, Lupin, including any of its Affiliates, successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing the Lupin Products.

4. Nothing herein prevents FDA from granting final approval to ANDA No. 214980 at any time.

5. Compliance with this Consent Judgment may be enforced by Intercept and its successors in interest, or assigns, or by Lupin and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
Maryellen Noreika, U.S.D.J.

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| /s/ *Jeremy A. Tigan* | /s/ *Megan C. Haney* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Jeremy A. Tigan (#5239) | Megan C. Haney (#5016) |
| Lucinda C. Cucuzzella (#3491) | 1200 North Broom Street |
| 1201 North Market Street | Wilmington, DE  19806-4204 |
| P.O. Box 1347 | (302) 655-4200 |
| Wilmington, DE  19899 | jcp@pmhdelaw.com |
| (302) 658-9200 | mch@pmhdelaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | OF COUNSEL: |
| ccucuzzella@morrisnichols.com | |
| | Deepro Mukerjee, Esquire |
| OF COUNSEL: | Lance Soderstrom, Esquire |
| | KATTEN MUCHIN ROSENMAN LLP |
| Christopher Sipes | 50 Rockefeller Plaza |
| Jeffrey Elikan | New York, NY  10020 |
| Megan Keane | (212) 940-8800 |
| Eric R. Sonnenschein | |
| Priscilla Dodson | Matthew M. Holub, Esquire |
| Douglas A. Behrens | Wojciech K. Jankiewicz, Esquire |
| Alexander R. Trzeciak | KATTEN MUCHIN ROSENMAN LLP |
| Daniel J. Farnoly | 525 West Monroe Street |
| Laura M. Martin | Chicago, IL  60661 |
| COVINGTON & BURLING LLP | (312) 902-5200 |
| One CityCenter | |
| 850 Tenth Street NW | Joseph M. Janusz, Esquire |
| Washington, DC  20001-4956 | Jitendra Malik, Ph.D. |
| (202) 662-6000 | KATTEN MUCHIN ROSENMAN LLP |
| | 550 South Tryon Street, Suite 2900 |
| Mary Swears | Charlotte, NC  28208-4213 |
| COVINGTON & BURLING LLP | (704) 444-2000 |
| The New York Times Building | |
| 620 Eighth Avenue | *Attorneys for Defendants Lupin Limited and* |
| New York, NY  10018-1405 | *Lupin Pharmaceuticals, Inc.* |
| (212) 841-1219 | |

*Attorneys for Plaintiffs
Intercept Pharmaceuticals, Inc.
and Intercept Pharma Europe LTD.*

February 21, 2023