IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1105 (MN) <br> (CONSOLIDATED) |

**STIPULATION AND ORDER REGARDING INFRINGEMENT**

Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe Limited (collectively "Intercept" or "Plaintiffs") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Defendants" or "Apotex"), hereby stipulate and agree as follows:

WHEREAS, Apotex has filed Abbreviated New Drug Application ("ANDA") No. 214862 (the "Apotex ANDA") with the United States Food and Drug Administration ("FDA") seeking approval to market a generic obeticholic acid product (5 and 10 mg) ("Apotex's ANDA Product") prior to the expiration of United States Patent Nos. RE48286 ("the RE286 Patent"); 9,238,673 ("the '673 Patent"); 10,047,117 ("the '117 Patent"); 10,052,337 ("the '337 Patent"); 10,174,073 ("the '073 Patent"); 10,758,549 ("the '549 Patent"); and 10,751,349 ("the '349 Patent") (collectively "the Orange Book Patents");

WHEREAS, Plaintiffs have filed suit against Apotex alleging that submission of the Apotex ANDA, and/or the sale, offer for sale, distribution, importation, and use of Apotex's ANDA Product constitute and/or induce and contribute to acts of infringement under 35 U.S.C. §§ 271 (a), (b), (c), (f), (g) and/or (e)(2) of the RE286 Patent, the '673 Patent, the '117 Patent, the '337 Patent, the '073 Patent, and the '549 Patent;

WHEREAS, Apotex filed counterclaims against Plaintiffs alleging that Apotex's ANDA Product will not infringe any claim of the RE286 Patent, the '673 Patent, the '117 Patent, the '337 Patent, the '073 Patent, the '349 Patent, and the '549 Patent, and that the RE286 Patent, the '673 Patent, the '117 Patent, the '337 Patent, the '073 Patent, the '349 Patent, and the '549 Patent are invalid and/or unenforceable under, *inter alia*, 35 U.S.C. §§ 102, 103, and 112.

WHEREAS Plaintiffs assert that Apotex infringed and will infringe claim 12 of the RE286 Patent; claims 8 and 18 of the '673 Patent; claim 9 of the '117 Patent; and claims 5, 8, and 18 of the '337 Patent (all collectively, the "Stipulated Infringement Claims");

WHEREAS the parties seek to conserve their own and the Court's resources by narrowing the issues for trial in this case;

NOW, THEREFORE, subject to the conditions and representations herein, the parties, their successors, and assigns HEREBY STIPULATE and, except as noted below, will not contest before this Court or on appeal, as follows:

1. Pursuant to 35 U.S.C. § 271(e)(2)(A), Apotex's submission of the Apotex ANDA constitutes a technical act of infringement of the Stipulated Infringement Claims that are asserted at trial.

2. The commercial sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States by Apotex of Apotex's ANDA Product as described in the Apotex ANDA in the United States prior to the expiration of the RE286 Patent, the '673 Patent, the '117 Patent, and the '337 Patent would constitute an act of infringement of the Stipulated Infringement Claims that are asserted at trial under one or more of 35 U.S.C. §§ 271(a), (b), (c) and/or (g).

3. Apotex's stipulation of infringement herein of the Stipulated Infringement Claims is contingent on the Court's construction of the following terms contained in those claims: "obeticholic acid Form 1," "substantially pure solid form of obeticholic acid," "an intra-granular portion and an extra-granular portion," and "particles." Apotex reserves the right to appeal the Court's construction of these terms.

4. If Apotex appeals the Court's construction of the terms of the Stipulated Infringement Claims identified in Paragraph 3 above and if, in Apotex's appeal, the U.S. Court of Appeals for the Federal Circuit reverses or modifies the Court's constructions of these terms in a manner that vacates or reverses the judgment of this Court, then Apotex may request, and Plaintiffs will not contest, vacatur of the Stipulations in Paragraphs 1 and 2 with respect to the Stipulated Infringement Claims that contain the term(s) for which the Court's judgment is vacated or reversed. Plaintiffs will not contest a request by Apotex to raise any defense of non-infringement previously asserted in its contentions or discovery responses with respect to those claims.

5. Except as listed above, Plaintiffs and Apotex do not otherwise stipulate to any additional facts or allegations at this time, including regarding the validity or invalidity of any patent claim in this action. Plaintiffs and Apotex also do not otherwise stipulate to any additional facts or allegations regarding the infringement or noninfringement of any other patent claim in this action.

6. By entering into this Stipulation, Apotex does not waive any invalidity defenses for the Stipulated Infringement Claims.

7. Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all claims, counterclaims, and defenses as between Plaintiffs and Apotex concerning the '073 Patent, the '549 Patent and the Apotex ANDA are dismissed with prejudice, but are dismissed

without prejudice to Plaintiffs' ability to (a) assert the '073 Patent and the '549 Patent with respect to any ANDA other than the Apotex ANDA or any obeticholic acid product other than Apotex's ANDA Product or (b) reassert the '073 Patent and the '549 Patent if Apotex makes a change to Apotex's ANDA Product and that change alters the infringement analysis with respect to any claim of the '073 Patent or the '549 Patent.

8. Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, all counterclaims and defenses between Plaintiffs and Apotex concerning the '349 Patent are dismissed without prejudice.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Jeremy A. Tigan* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>800 North West Street<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.*<br><br>*Attorneys for Defendants/Counterclaim-Plaintiffs Apotex Inc. and Apotex Corp.* |

February 22, 2023

SO ORDERED this 22nd day of February 2023.

_____
The Honorable Maryellen Noreika
United States District Judge