

February 23, 2023

*VIA CM/ECF*
The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801

Re:   *Intercept Pharms., Inc., et al. v. Apotex Inc., et al.*, C.A. No. 20-1105-MN

Dear Judge Noreika:

I write on behalf of all parties in the above-referenced action. The parties are happy to report that they have been working to streamline the case and issues before the Court in advance of trial, and more specifically, the parties have narrowed the case to only issues of invalidity and unenforceability of the asserted claims. The parties therefore respectfully request that the Court revise Paragraph 194 of the Pretrial Order regarding order of presentation as follows:

|  |  |
|---|---|
|  | Opening Statements (Defendants, followed by Plaintiffs) |
| Phase I | Case-in-Chief on Invalidity and Unenforceability |
| Phase II | Plaintiffs' Response on Invalidity and Unenforceability |
| Phase III | Defendants' Rebuttal on Invalidity and Unenforceability |
|  | Closing Statements (Defendants, followed by Plaintiffs) |

In addition to resolving all issues relating to infringement, the parties have further narrowed the case as follows:

- Plaintiffs will no longer assert claim 18 of the '337 patent;

- Plaintiffs will no longer assert commercial success as objective indicia for the RE286 patent (and, as such, neither party will call their commercial success expert witnesses, Dr. Meyer for Plaintiffs and Mr. Hofmann for Defendants);

- Defendants will no longer assert separate obviousness combinations for claim 12 of the RE286 patent based on priority date;

The Honorable Maryellen Noreika
February 23, 2023
Page 2

- Defendants narrowed their obviousness combination for the RE286 patent to two primary references;[1] and

- Defendants will no longer assert inequitable conduct for the '337 patent.

We are available at the Court's convenience should Your Honor have any questions or wish to discuss.

Respectfully submitted,

*/s/ Eve H. Ormerod*

Eve H. Ormerod (No. 5369)

cc: All Counsel of Record (via CM/ECF)

---

[1] Plaintiffs do not agree that the obviousness combination Defendants now plan to advance at trial—a combination of the '848 Patent in view of Wang and a POSA's knowledge in the art—was properly disclosed in Dr. Dichtel's expert reports.