IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 20-1105 (MN) ) (CONSOLIDATED) ) ) ) ) |

## CONSENT JUDGMENT

Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD. (hereinafter collectively "Intercept"), and Apotex Inc. and Apotex Corp. (hereinafter collectively "Apotex"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 24th day of February 2023:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Apotex Products" shall mean the 5 mg and 10 mg obeticholic acid drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214862 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under

common control with such Party.  For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Except as specifically authorized pursuant to the Settlement Agreement, Apotex, including any of its Affiliates, successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing the Apotex Products.

4. Compliance with this Consent Judgment may be enforced by Intercept and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>ccucuzzella@morrisnichols.com | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>800 North West Street<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com |
| OF COUNSEL:<br><br>Christopher Sipes<br>Jeffrey Elikan<br>Megan Keane<br>Eric R. Sonnenschein<br>Priscilla Dodson<br>Douglas A. Behrens<br>Alexander R. Trzeciak<br>Daniel J. Farnoly<br>Laura M. Martin<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Mary Swears<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 841-1219<br><br>*Attorneys for Plaintiffs*<br>*Intercept Pharmaceuticals, Inc.*<br>*and Intercept Pharma Europe LTD.* | OF COUNSEL:<br><br>Sailesh K. Patel<br>Kevin M. Nelson<br>Joel M. Wallace<br>Matthew T. Wilkerson<br>Helen H. Ji<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>(312) 258-5500<br><br>*Attorneys for Defendants Apotex Inc. and*<br>*Apotex Corp.* |

February 24, 2023